UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

Josue Maliza,
          Defendant.

---

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 18 2015 ★
BROOKLYN OFFICE

**ORDER**

CR-13-628(FB)

On December 17, 2015 the above defendant plea guilty to charge three (3) & four (4) of the violation of probation the Court accepted the guilty plea. After hearing from counsel and the defendant the Court revoked probation and imposed a sentence of one (1) month in custody to be followed by 5 years of supervised release with special conditions which will be listed in the final judgment.

SO ORDERED.

s/Frederic Block

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       December 17, 2015